Panel rehearing granted by
order filed 1/19/01; opinion
filed 11/1/00 is vacated

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6620**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUY CARMICHAEL CRENSHAW,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-96-47, CA-99-424-7)

_____

Submitted:  October 26, 2000        Decided:  November 1, 2000

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Guy Carmichael Crenshaw, Appellant Pro Se.  Anthony Paul Giorno,
OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Guy Carmichael Crenshaw seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Crenshaw's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Crenshaw</u>, Nos. CR-96-47; CA-99-424-7 (W.D. Va. Apr. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>